UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deana L. Kelly
Write the full name of each plaintiff.

___ CV _____
(Include case number if one has been assigned)

-against-

City of Peekskill, eT al
Neighborhood Watch Association, President
Victor Pizella building Dept, William Florence, city attorney.
David Parr, Mayor, former, John Testa, This case and DMNC v. City of Peekskill Corporation Counsel, eT al are connected.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[✓] Federal Question

[ ] Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_My natural rights are in violations, my Constitutional rights to Live without interference, my Liberties._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Deana L. Kelly_ (Plaintiff's name), is a citizen of the State of

_Westchester County, New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ~~Deana L Kelly~~ Victor Pizella
(Defendant's name)
, is a citizen of the State of

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, John Testa — Former Mayor of Peekskill , is incorporated under the laws of

the State of N.Y. Westchester County

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Deana  /  L.  /  Kelly
First Name / Middle Initial / Last Name

homeless
Street Address

Westchester County  /         /
County, City / State / Zip Code

943-204-0216.       /  1313Vinson@gmail.Com
Telephone Number    /  Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **William J.** (First Name) **Florence, Counsel** (Last Name)
Current Job Title (or other identifying information): Former or Present Counsel employed in the City of Peekskill N.Y. 10566
Current Work Address (or other address where defendant may be served): 2 Park St. also City Hall
County, City: Peekskill   State: N.Y.   Zip Code: 10566

Defendant 2: **Victor** (First Name) **Pisella** (Last Name)
Current Job Title (or other identifying information): Former Code enforcement Supervisor,
Current Work Address (or other address where defendant may be served): Main St. City Hall.
County, City: Westchester, Peekskill   State: N.Y.   Zip Code: 10566

Defendant 3: **Neighborhood Watch Association, President.**
First Name / Last Name
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City: Westchester County   State: N.Y.   Zip Code: 10566

Defendant 4: **John Testa**
First Name / Last Name

Counsil
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**Westchester County N.Y.**
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Westchester County, New York 434 Simpson Place Peekskill N.Y. 10566

Date(s) of occurrence: Latest 3/19/2024

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am presently being watched and survailed over the internet. As a result of retaliation, due to documentation I have concerning another case.

These public officials are using their resources presently to deny me services, I have been under survillance since they burnt me out of my home @ 434 Simpson Pl. Peekskill N.Y. 10566.

William Florence has used his political influes to remove evidence & verification concerning retalition. He has also had Court documents removed from being filed on case 0642-CCB-CAY. 0642 -

I filed a Cease & Desist order with Honorable Judge Briant, during my case proceedings, After the Cease & Desist was filed, I never recieved any documentation for this case. Following this case I was burnt out of our home in Peekskill N.Y. All records relating to this arson have been removed. Also I was poisoned by a Peekskill Doctor. Which lead to Brain Surgery. Mr. Florence, Testa, Etc. proceeded to use their influence to have me cut off of Social Security Disability. Mr. Florence also instructed staff from City Hall to harass & retaliate. My Section 8 Voucher was detained, making me homeless. This retaliation Continues to this day March 31, 2024

Mr. William Florence has continually used his influence both politically & Personally to bring adverse actions upon me and my Family. I seek immediate Remedy that the adverse Actions against my family and I may stop. He has done everything within his means to cripple me and leave me dead and in the streets.
If not for God & my Ancestors I would be in a insane asylum. homeless, I am, but not hungry by Gods grace.
I pray that the Court may investigate and give me immediate Remedy that I may Live the rest of my Life w/ my Family with Peace.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I am mentally, physically & emotionally Scared for Life. All of my resources have been Compromised up until today. I have Severe P.T.S.D as a result of the defendants actions. I was poisoned and required brain surgery w/ shunts inside my head.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

10 million dollars and a Cease & Desist order with immediate Access to the Federal Court for Remedy, each defendants Surety Bond.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March 21, 2024
Dated

Diana L Kelly
Plaintiff's Signature

Diana A. Kelly
First Name / Middle Initial / Last Name

Homeless
Street Address

Westchester
County, City

N.Y.
State

Zip Code

943-304-0216
Telephone Number

1313Vinson@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.