UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA KELLY,

                      Plaintiff,

-against-

WILLIAM J. FLORENCE, JR.; JOHN TESTA; VICTOR PIZZELLA; TINA BONGAR,

                      Defendants.

24cv2279 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the December 11, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 12, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge